IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mangrum, Sherrie | Case Number:  05 B 45221 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/25/08 | Filed:  10/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 21, 2008
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 35,970.00 | |
| Secured: | | 24,960.74 |
| Unsecured: | | 2,239.96 |
| Priority: | | 1,513.16 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,734.06 |
| Other Funds: | | 2,822.08 |
| Totals: | 35,970.00 | 35,970.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 16,700.34 | 16,700.34 |
| 3. | Mortgage Electronic Registration Sys | Secured | 2,250.50 | 2,250.50 |
| 4. | JP Morgan Chase Bank | Secured | 6,009.90 | 6,009.90 |
| 5. | Internal Revenue Service | Priority | 1,513.16 | 1,513.16 |
| 6. | Internal Revenue Service | Unsecured | 5.00 | 5.00 |
| 7. | Muncipal Collection Service | Unsecured | 750.00 | 750.00 |
| 8. | JP Morgan Chase Bank | Unsecured | 1,274.02 | 1,274.02 |
| 9. | B-Line LLC | Unsecured | 210.94 | 210.94 |
| 10. | Lioncrest Homeowners Assoc | Secured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Guaranty Bank | Unsecured | | No Claim Filed |
| 14. | Maria L Gracias DDS | Unsecured | | No Claim Filed |
| 15. | Ivanhoe Financial Inc | Unsecured | | No Claim Filed |
| 16. | MCI | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| 18. | Matteson School District 12 | Unsecured | | No Claim Filed |
| 19. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 20. | ABN AMRO | Unsecured | | No Claim Filed |
| 21. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 22. | Daniel Rady | Unsecured | | No Claim Filed |
| 23. | Pay Day Loans | Unsecured | | No Claim Filed |
| 24. | Sprint PCS | Unsecured | | No Claim Filed |
| 25. | St James Radiologists | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mangrum, Sherrie | Case Number:  05 B 45221 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/25/08 | Filed:  10/6/05 |

| | | | |
|---|---|---|---|
| 26.  St Francis Hospital | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 31,413.86 | $ 31,413.86 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 554.81 |
| 5% | 201.76 |
| 4.8% | 398.88 |
| 5.4% | 578.61 |
| | _____ |
| | $ 1,734.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

